**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-1583**

————————

STEVEN PAUL FLEMING,

Plaintiff - Appellant,

versus

HOLY CROSS HOSPITAL,

Defendant - Appellee,

and

CROWNSVILLE HOSPITAL,

Defendant.

————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
3933-MJG)

————————

Submitted: August 19, 1999        Decided: August 25, 1999

————————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Steven Paul Fleming, Appellant Pro Se. David Alan Levin, Mary C.
Rice, WHARTON, LEVIN, EHRMANTRAUT, KLEIN & NASH, Annapolis, Mary-
land, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Paul Fleming appeals the district court's order dismissing his civil action for a lack of jurisdiction. See 28 U.S.C. §§ 1331, 1332 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fleming v. Holy Cross Hospital, No. CA-98-3933-MJG (D. Md. Apr. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED